APPLICANT: <u>JUAN ALBERTO DELEON</u>                APPLICATION NO. <u>WR-74,669-03</u>

## APPLICATION FOR 11.07 WRIT OF HABEAS CORPUS

### ACTION TAKEN

DISMISSED, SUBSEQUENT APPLICATION.  TEX. CODE CRIM. PROC. art. 11.07, § 4(a)-(c).

_____                    4-15-15
JUDGE                                                           DATE